| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF THE STATE OF NEW YORK | Record # 23542X |
|---|---|

RODOLFO HOYOS, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION,

                                      Plaintiff(s)     INDEX#  1:22-CV-01982

       against                                         Date filed 3/10/2022

FILIPPO MILIO, ET AL,

                                      Defendant(s)

| STATE OF NEW YORK | COUNTY OF ALBANY | 1506455 |
|---|---|---|

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **3/15/2022 at 2:45 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

### SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET,

on **2833 DECATUR AVENUE LLC, Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**      Description of the Recipient is as follows:

                      A Female with White skin, Brown hair, who is approximately 54 years of age
                      and has an approximate height of 5' 1" and approximate weight of 120 pounds.

                      Other identifying features are as follows: Glasses.

                      _____
                      DAVID TATUM
                      Process Server

State of New York
County of Albany

Sworn to before me on This 16 day of March 2022

_____
Notary Public - Emily M. Corbett

| Michelle M. Santspree | Emily M. Corbett |
|---|---|
| Notary Public, State of New York | Notary Public, State of New York |
| NO. 01SA5047611 | No. 01CO6299470 |
| Qualfied in Albany County | Qualified in Albany County |
| Commission Expires August 7, 2025 | Commission Expires March 24, 2022 |