UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodolfo Hoyos, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                    Plaintiff,

-against-

Filippo Milio, Carmelo Milio, Dominique Milio, 2833 Decatur Avenue LLC, Falco Realty Inc., Trion Real Estate Management LLC, and Trion Holdings LLC,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/7/2022_

22 Civ. 1982 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **June 23, 2022**, the parties shall submit their joint letter and proposed case management plan. See ECF No. 8.

    SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge