USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

RODOLFO HOYOS, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                Plaintiff,

-v-

FILIPPO MILIO, CARMELO MILIO, DOMINIQUE MILIO, 2833 DECATUR AVENUE LLC, FALCO REALTY INC., TRION REAL ESTATE MANAGEMENT LLC, and TRION HOLDINGS LLC.

                Defendants.

-------------------------------------------------------------X

No. 1:22-cv-01982-AT

**RULE 502(d) ORDER**

**ANALISA TORRES, United States District Judge:**

It is hereby ORDERED as follows:

1.  The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED.

Dated: June 23, 2022
       New York, NY

_____
ANALISA TORRES
United States District Judge