# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • F: 646.786-3170 • E: Jason@levinepstein.com

October 25, 2022

*Via Electronic Filing*
The Honorable Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

      Re:     *Hoyos v. Milio et al*
                **Case No.: 1:22-cv-01982-AT**

Dear Honorable Magistrate Judge Gorenstein:

    This law firm is counsel to Plaintiff Rodolfo Hoyos (the "Plaintiff") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rules I(A) and I(E), this letter respectfully serves to request an extension of time to submit a joint letter pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) from October 25, 2022 to, through and including, October 28, 2022.

    This is the second request of its nature. This request is made on consent of Defendants' counsel. If granted, this request would not affect any other scheduled deadlines.

    The basis for this request is that Defendants' counsel is in the process of gathering his clients' signatures on the parties' settlement agreement. The parties anticipate being able to file the joint letter on or before October 28, 2022.

    Thank you, in advance, for your time and consideration.

                                      Respectfully submitted,

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By: */s/ Jason Mizrahi*
                                          Jason Mizrahi
                                          60 East 42nd Street, Suite 4700
                                          New York, NY 10165
                                          Tel. No.: (212) 792-0048
                                          Email: Jason@levinepstein.com

VIA ECF: All Counsel                          *Attorneys for Plaintiff*

Extension to November 22, 2022, granted. No further extension absent a formal motion with a sworn affidavit as to the reason for the delay.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 25, 2022